Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum Opinion filed December 23,
2004.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-01440-CV

NO. 14-04-00351-CV

____________

 

MARIA STE.
MARIE, ET. AL, Appellants and Cross-Appellees

 

V.

 

ROBERT ROGULIC AND MIDWEST
FREIGHTWAYS, INC., Appellees and Cross-Appellants

 



 

On Appeal from the
333rd District Court

 Harris County, Texas

Trial Court Cause
No.  01‑29090 & 01‑29090B

 



 

M E M O R A N D U M   O P I N I O N

This is a consolidated appeal involving the trial court’s
grant of appellees’ special appearance.  

On November 23, 2004 and November 29, 2004, the parties filed
motions to dismiss the appeal and cross-appeal. 
See Tex. R. App. P. 42.1.  The motions are granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed December 23, 2004.

Panel consists of
Justices Yates, Edelman, and Guzman.